**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEON STILLWELL, | ) | NO. CV 12-8852-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID B. LONG (Warden), et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:     11/18     , 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE